**Order filed, July 22, 2016.**



In The

# Fourteenth Court of Appeals

———————

**NO. 14-16-00231-CR**

———————

**JORDAN  MARQUI GRANT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No 13**
**Harris County, Texas**
**Trial Court Cause No. 2054134**

## ORDER

The reporter's record in this case was due **May 10, 2016**.  *See* Tex. R. App. P. 35.1. On **May 10, 2016**, the court reporter filed a motion for extension of time to file the record which was granted until **June 09, 2016**.  On **June 09, 2016**, the court reporter filed a second motion for extension of time to file the record which was granted until **July 08, 2016** with the notation that no further extension will be granted absent exceptional circumstances. The court has not received a request to extend time for filing the record.  The record has not been filed with the court.

Because the reporter's record has not been filed timely, we issue the following order.

We order **Deanne Bridwell**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM